JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JONATHAN ALAN STEIN,<br><br>　　　　Debtor,<br>_____<br>JONATHAN ALAN STEIN,<br>　　　　Appellant,<br>　　　　v.<br>GABRIELINO-TONGVA TRIBE,<br>　　　　Appellee.<br>_____ | Case No.  CV 22-0919 FMO<br><br>BK Case No.  21-11117 DS<br><br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Re: Bankruptcy Appeal, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the bankruptcy court's decision is **affirmed**.  The above-captioned action is hereby **dismissed with prejudice**.

Dated this 31st day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge